# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

Greg Allen
(Name of Plaintiff)

vs.

Dr. Ben Rodriguez

(Names of ALL Defendants)

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983

**CV-11-5007-CI**

I. Previous Lawsuits

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?   ☒ YES   ☐ NO

B. If your answer to A is yes, how many? __2__   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: Greg Allen

Defendants: Eldon Vail; Steve Sinclair; Ben Rodriguez; David Grubb

RECEIVED
JAN 14 2011
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

-1-

(Rev. 11/09)

2. Court (give name of District): __East__

3. Docket Number: __10-CV-5123-JPH__

4. Name of judge to whom case was assigned: __James Hutton__

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):

   __voluntary withdrawal__

6. Approximate date of filing lawsuit: __Oct. 13TH, 2010__

7. Approximate date of disposition: __Nov. 30TH, 2010__

II. Place of Present Confinement: __WA. State Penitentiary__

   A. Is there a prisoner grievance procedure available at this institution? ■ YES ☐ NO

   B. Have you filed any grievances concerning the facts relating to this complaint?
   ■ YES ☐ NO

   If your answer is NO, explain why not: _____

   C. Is the grievance process completed? ■ YES ☐ NO

   D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint? ☐ YES ☐ NO

   If your answer is NO, explain why not: _____

III. Parties to this Complaint

   A. Name of Plaintiff: __Greg Allen__  Inmate No.: __806649__
   Address: __1313 N. 13TH Ave., Walla Walla, WA. 99362__

   (In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant: __Dr. Ben Rodriguez__ Official Position: __medical provider__
   Place of Employment: __1313 N. 13TH Ave. Walla Walla, WA. 99362__

-2-

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): _____

_____

_____

_____

_____

## IV    Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates, places and other persons involved. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

On 8/27/2010 Dr. Ben Rodriguez demonstrated deliberate indifference to plaintiff's serious medical needs by refusing to treat plaintiff's Chronic Pain Syndrome. Dr. Rodriguez's knowledge of plaintiff's Chronic Pain Syndrome can be proven by direct evidence. For example, plaintiff presented medical records that proved: (1) A doctor perceived the medical need in question as important and worthy of treatment; (2) The medical condition significanty affects daily activities; and (3) The existance of chronic and substantial pain. Plaintiff's Chronic Pain Syndrome has been diagnosed

by a physician as mandating Treatment with prescription narcotic pain medication after non-narcotic medication failed. A serious medical need is present whenever The failure To Treat a prisoner's condition could result in The unnecessary wanton infliction of pain. Here The plaintiff is suffering chronic and substantial neck, back, leg and ankle pain. The Eighth Amendment prohibits The unnecessary and wanton infliction of pain. Plaintiff's rights are violated.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

(1) A declaration That The acts and omissions described herein violated plaintiffs rights under The Constitution and Laws of The United States; (2) A preliminary and permanent injunction ordering defendant Dr. Ben Rodriguez To Treat plaintiff's Chronic Pain Syndrome;   continued →

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20____.

_____
(Signature of Plaintiff)

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

(3) compensatory damages in The amount of $50,000.00; (4) Punative damages in The amount of $50,000.00; (5) A Jury Trial on all issues Triable by a Jury; (6) Plaintiff's costs in This suit; (7) Any additional relief This court deems Just, proper and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  11TH  day of January, 20 11.

                                             Greg Allen
                                             (Signature of Plaintiff)

LOG I.D. NUMBER
1100688

**Department of Corrections**
WASHINGTON STATE

**OFFENDER COMPLAINT**

**CHECK ONE:** ☒ Initial Grievance  ☐ Emergency Grievance  ☐ Appeal to Next Level

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact staff to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

**NOTE:** Complaints must be filed within <u>20 days</u> of the incident. Appeals must be filed within <u>5 days</u> of receiving the response. Include log ID # of response being appealed.

| Name: Last | First | Middle | DOC Number |
|---|---|---|---|
| Allen, Greg | | | 806649 |

| Program Assignment | Work Hours | Facility/Office | Unit/Cell |
|---|---|---|---|
| | | WSP | IMU-S J-18 |

**COMMUNITY SUPERVISION:** Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

**I WANT TO GRIEVE:**
On 8/27/2010 I met with Dr. Ben Rodriguez for Treatment of my Chronic Pain Syndrome. Dr. Rodriguez said, "I won't Treat Chronic Pain" Thus leaving me to suffer the unnecessary and wanton infliction of Chronic and serious neck, back, leg and ankle pain. Dr. Rodriguez has knowledge about my condition and Treatment Through medical records I presented.

**SUGGESTED REMEDY:**
(1) Treat my Chronic Pain Syndrome with an "effective" pain medication. Note: I took methadone for pain control from 11/5/06 Through To 9/2009; 3 Years.

Mandatory Signature: Greg Allen    Date: 1/8/2011

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☒ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout sheet on _____.
☐ The formal grievance/appeal paperwork is being prepared.

Location Code: WSP 1E04    Date Received: 1-10-11

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by:
Due Date: _____
☐ No rewrite received. Date:

**EXPLANATION:** This issue has already been exhausted Through the grievance system via log ID 0924544 Not grievable

| INITIAL COMPLAINT OBTS INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 50 | 521 | 430 | 08 | 08 | 1/10/11 | [signature] |

DOC 05-165 Front (Rev. 01/28/10)    DOC 310.100, DOC 550.10

1024941

December 10, 2010

Offender Allen, DOC 806649:

I am responding to your appeal dated 12/8/10.

The local grievance coordinator determined that your complaint was not grievable. I concur with the determination.

You have already grieved your treatment for these medical issues. You will not be permitted to pursue a new grievance every time a different medical staff member evaluates you.

Sincerely,

Ronald Frederick
Grievance Program Manager

CC: WSP Grievance Coordinator
Grievance Log ID 1024941